**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

CHRISTO MOTSKA (a/k/a KRISTO MOTSKA),

Plaintiff,

Civil Action No.: 7:26-cv-05944-KMK

-against-

APOLON CONSTRUCTION CORP. a/b/a
APOLON CONSTRUCTION GROUP, ERION HASKO,
individually, NICK HASKO, individually,
JOHN DOES 1–10, and XYZ CORPORATIONS 1–10,
Defendants.

-----------------------------------------------------------------x

**[~~PROPOSED~~] JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

WHEREAS, on July 14, 2026, Plaintiff Christo Motska filed this action alleging violations of the Fair Labor Standards Act and the New York Labor Law;

WHEREAS, on October 29, 2026, pursuant to Fed. R. Civ. P. 68, Defendants Apolon Construction Corp. a/b/a Apolon Construction Group, Erion Hasko, and Nick Hasko (together, "Defendants") served on Plaintiff an Offer of Judgment in favor of Plaintiff Christo Motska; and

WHEREAS, on November 2, 2026, Plaintiff Christo Motska accepted Defendants' offer;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Judgment is entered in favor of Plaintiff Christo Motska and jointly and severally against Apolon Construction Corp. a/b/a Apolon Construction Group, Erion Hasko, and Nick Hasko, in the single total amount of twenty-five thousand dollars and zero cents ($25,000.00), inclusive of all attorneys' fees, costs, and expenses through entry of judgment. The $25,000.00 is one aggregate judgment, not $25,000.00 against each Defendant.

2. This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff Christo Motska may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants in connection with the facts and circumstances that are the subject of this action.

Case 7:26-cv-05944-KMK Document 19 Filed 11/05/26 Page 2 of 2

3. The offer of judgment was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any Defendant; nor is it an admission that Plaintiff Christo Motska has suffered any damages.

SO ORDERED.

HON. KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
November 9, 2026